UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LISA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-141 |
| | § | |
| ELIEZER SCHEINER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 25) under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 20th day of April, 2018.

_____
George C. Hanks Jr.
United States District Judge